```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2019

------------------------------------------------------------X

BAOJI ZHANG and GUO DONG YAO,

                          Plaintiffs,

-against-

17-CV-9465 (VEC)

ORDER

NEW BEIJING WOK, INC. d/b/a BEIJING WOK, NEW BEIJING WOK #1, INC. d/b/a BEIJING WOK, #1 NEW BEIJING WOK, INC. d/b/a BEIJING WOK, SHANGHAI INC., d/b/a SHANGHAI CHINESE RESTAURANT, CHAI WAI CHENG a/k/a CHAI-WAI CHENG, CHING SAU SIU, and MEI KAM SIU

                          Defendants.

------------------------------------------------------------X

VALERIE CAPRONI, District Judge:

       WHEREAS jury selection and trial are scheduled to begin on December 2, 2019, at 10:00 a.m. in Courtroom 443, 40 Foley Square, New York, NY 10007; and

       WHEREAS Courtroom 443 is no longer available to hold the proceedings in this case;

       IT IS HEREBY ORDERED that jury selection and trial will be begin on December 2, 2019, at 10:00 a.m. in Courtroom 15-C, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: November 27, 2019**
**New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**