# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BAOJI ZHANG and GUO DONG YAO,
                Plaintiffs,

-against-

NEW BEIJING WOK, INC. d/b/a Beijing Wok,
SHANGHAI INC. d/b/a Shanghai Chinese
Restaurant, CHAI WAI CHENG a/k/a Chai-Wai
Cheng, and MEI KAM SIU,
                Defendants.

-----------------------------------------------------------X



17 CIVIL 9465 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2020,

1. Baoji Zhang is entitled to judgment against Beijing Wok in the amount of $158,794.02, of which Shanghai Chinese is jointly and severally liable for $3,342.16.
2. Baoji Zhang is entitled to prejudgment interest against Beijing Wok in the amount of $41,595.55, of which Shanghai Chinese is jointly and severally liable for $296.93.
3. Guo Dong Yao is entitled to judgment against Beijing Wok in the amount of $127,409.40, of which Shanghai Chinese is jointly and severally liable for $2,485.66.
4. Guo Dong Yao is entitled to prejudgment interest against Beijing Wok in the amount of $32,821.94, of which Shanghai Chinese is jointly and severally liable for $129.27.
5. Plaintiffs are entitled to an award of attorneys' fees of $71,176.75, of which Shanghai Chinese is jointly and severally liable for $1,234.37.
6. Plaintiffs are entitled to attorneys' costs of $4,703.64 from Beijing Wok and Shanghai Chinese, jointly and severally; accordingly, the case is closed.

**Dated:** New York, New York
         March 4, 2020

                                         **RUBY J. KRAJICK**
                                             Clerk of Court
                BY:
                                               Deputy Clerk