USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
BAOJI ZHANG
    a/k/a Baoli Zhang and
GUO DONG YAO,                        17-cv-09465 (VEC)

                Plaintiffs,

          v.                     **ORDER AMENDING**
                                              **JUDGMENT**

NEW BEIJING WOK, INC.
    d/b/a Beijing Wok,
SHANGHAI INC.
    d/b/a Shanghai Chinese Restaurant,
CHAI WAI CHENG
    a/k/a Chai-Wai Cheng, and
MEI KAM SIU,

                Defendants.
-------------------------------------------------------------------x

VALERIE CAPRONI, District Judge:

    WHEREAS the Judgment entered on March 4, 2020 (Dkt. 89) contains a clerical error; and

    WHEREAS Plaintiffs have moved for entry of an amended judgment (Dkt. 93);

    IT IS HEREBY ORDERED that the final judgment is amended pursuant to Fed. R. Civ. P. 60(a) as follows:

    1.    BAOJI ZHANG a/k/a Baoli Zhang is entitled to a judgment against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $158,794.02, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $3,342.16;

    2.    BAOJI ZHANG a/k/a Baoli Zhang is entitled to prejudgment interest against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $41,595.55, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $296.93;

3. GUO DONG YAO is entitled to a judgment against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $127,409.40, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $2,485.66;

4. GUO DONG YAO is entitled to prejudgment interest against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $32,821.94, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $129.27;

5. Plaintiffs are entitled to an award of attorneys' fees against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, for $71,176.75, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $1,234.37;

6. Plaintiffs are entitled to an award of attorneys' costs against NEW BEIJING WOK, INC. d/b/a Beijing Wok, SHANGHAI INC. d/b/a Shanghai Chinese Restaurant, CHAI WAI CHENG a/k/a Chai-Wai Cheng, and MEI KAM SIU, jointly and severally, for $4,703.62; and

7. The Clerk of the Court is directed to enter the amended judgment as set forth above and to terminate the case.

**SO ORDERED.**

**Date: March 30, 2020**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**