# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BAOJI ZHANG a/k/a Baoli Zhang and
GUO DONG YAO,

                     Plaintiffs,

     -against-                                 17 **CIVIL** 9465 (VEC)

## AMENDED JUDGMENT

NEW BEIJING WOK, INC. d/b/a Beijing Wok,
SHANGHAI INC. d/b/a Shanghai Chinese Restaurant,
CHAI WAI CHENG a/k/a Chai-Wai Cheng, and
MEI KAM SIU,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2020, that final judgment is amended pursuant to Fed. R. Civ. P. 60(a) as follows:

1. BAOJI ZHANG a/k/a Baoli Zhang is entitled to a judgment against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $158,794.02, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $3,342.16;

2. BAOJI ZHANG a/k/a Baoli Zhang is entitled to prejudgment interest against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $41,595.55, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $296.93;

3. GUO DONG YAO is entitled to a judgment against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $127,409.40, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $2,485.66;

4. GUO DONG YAO is entitled to prejudgment interest against NEW BEIJING WOK, INC.

d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, in the amount of $32,821.94, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $129.27;

5. Plaintiffs are entitled to an award of attorneys' fees against NEW BEIJING WOK, INC. d/b/a Beijing Wok and CHAI WAI CHENG a/k/a Chai-Wai Cheng, jointly and severally, for $71,176.75, of which SHANGHAI INC. d/b/a Shanghai Chinese Restaurant and MEI KAM SIU are also jointly and severally liable for $1,234.37;

6. Plaintiffs are entitled to an award of attorneys' costs against NEW BEIJING WOK, INC. d/b/a Beijing Wok, SHANGHAI INC. d/b/a Shanghai Chinese Restaurant, CHAI WAI CHENG a/k/a Chai-Wai Cheng, and MEI KAM SIU, jointly and severally, for $4,703.62; and

7. Amended Judgment is hereby entered and the case is closed.

**Dated:** New York, New York
April 2, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
**BY:**
                                                  _____
                                                     **Deputy Clerk**